# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SUTTON LEASING, INC., a Michigan corporation,

    Plaintiff,

v.

VETERANS RIDESHARE, INC.; a Delaware corporation; VETERANS EXPRESS, LLC, a Delaware limited liability company; Your Leasing Solution, LLC, a Washington limited liability company; and CAR CHAMPS FINANCE, LLC, a Delaware limited liability company;

    Defendants.

Case No.: 2:20-cv-10815

Hon. Terrence G. Berg
Mag. David R. Grand

## ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATE SERVICE

This matter having come before the Court on Plaintiff's motion, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff Sutton's Motion for Alternate Service is granted; that substitute service in the form of electronic mail is hereby authorized; and that service in this matter was properly effectuated on April 2, 2020 via the electronic mail communication(s) sent to the Defendants' owner, managing member and/or operator, Chris Pozek ("Mr. Pozek"), enclosing a copy of the

1

Verified Complaint [Dkt. No. 1], Verified Motion for Possession Pending Final Judgment and/or for Injunctive Relief [Dkt. No. 2], Summons for each Defendant [Dkt. No. 3], and Order Granting Plaintiff's Ex Parte Motion Under M.C.R. 3.105(E)(2)(A) and Scheduling a Telephonic Hearing Pursuant to M.C.R. 3.105(E)(3) [Dkt. No. 4].

IT IS FURTHER ORDERED that Plaintiff's counsel can serve Mr. Pozek a copy of this Order, and all future filings, by email until Mr. Pozek retains counsel.

**SO ORDERED.**

/s/Terrence G. Berg_____
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: April 13, 2020