UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SUTTON LEASING, INC.,** a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**VETERANS RIDESHARE, INC.,** a Delaware corporation; **VETERANS EXPRESS, LLC,** a Delaware limited liability company; **YOUR LEASING SOLUTION, LLC,** a Washington limited liability company; and **CAR CHAMPS FINANCE, LLC,** a Delaware limited liability company,<br><br>Defendants. | 2:20-CV-10815-TGB-DRG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AGAINST PLAINTIFF AND SEEKING ATTORNEY FEES** |

This matter comes before the Court by way of the Defendants' Motion to Enforce Settlement Agreement Against Plaintiff and Seeking Attorney Fees. The Court, being otherwise fully apprised in the premises, finds as follows:

(i) Plaintiff has breached the terms of the September 2020 Settlement Agreement ("Settlement Agreement");

(ii) Defendants have fulfilled their obligations under the Settlement Agreement; wherefore, accordingly:

**IT IS HEREBY ORDERED** that Defendants' Motion to Enforce Settlement Agreement Against Plaintiff and Seeking Attorney Fees is **GRANTED,** and Defendants are entitled to the following relief:

(i) Plaintiff shall pay to Defendants the $65,000.00 required under the Settlement Agreement;

(ii) Plaintiff shall pay attorney fees to Defendants in the amount of $3,245.00;

(iii) Defendants are deemed to be fully and finally released and Plaintiff shall provide a full and broad release, including California Civil Code 1542 waivers, to all other parties to the Settlement Agreement; and

(iv) This case shall be dismissed with prejudice and without costs or attorney fees to any party except as otherwise ordered herein.

**IT IS SO ORDERED.**

Dated: December 17, 2021

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE